```
LAW OFFICES OF MATTHEW KUMIN
MATTHEW KUMIN, CSB # 177551
AMANDA BRUSS, CSB #246249
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel: (415) 434-8454
Fax: (415) 434-8453

Attorneys for Plaintiffs
MELISSA COOK, SHAMON
COOK, KYA COOK, and
GERALD COOK
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA COOK, individually and as guardian for SHAMON COOK, a minor and KYA COOK, a minor; and GERALD COOK<br><br>Plaintiffs,<br><br>v.<br><br>FRANK MORROW, individually and in his capacity as a police officer; WAYNE TUCKER, Chief, Oakland Police Department CITY of OAKLAND; and DOES 1-30,<br><br>Defendants. | No. c 06 ~~4377~~ 4337 MJJ<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

The parties to this action hereby stipulate to the filing of Plaintiffs First Amended Complaint, which is attached to this pleading as Exhibit 1.

1

Stipulation and Order
COOK v. CITY OF OAKLAND ET AL.
C 06 4377 MJJ

THE LAW OFFICES OF MATTHEW KUMIN, P.C

Dated: 4-11-07

MATTHEW KUMIN
Attorney for Plaintiffs

BISHOP, BARRY, HOWE, HANEY & RYDER

4/12/07
DATED

MICHAEL BOLECHOWSKI
Attorneys for Defendant, FRANK MORROW

JOHN RUSSO, CITY ATTORNEY
RANDOLPH HALL, ASST. CITY ATTORNEY
WILLIAM SIMMONS, SUPERVISING ATTY.
STEPHEN ROWELL, DEPUTY CITY ATTY.

DATED

STEPHEN ROWELL
Attorneys for defendant, CITY OF OAKLAND

ORDER

The parties having stipulated, the court grants plaintiffs leave to file their first amended complaint, a copy of which is attached to this Stipulation and Order.

Dated: 4/16/07

Martin J. Jenkins
United States District Court Judge

2

Stipulation and Order
COOK v. CITY OF OAKLAND ET AL.
C 06 4377 MJJ

THE LAW OFFICES OF MATTHEW KUMIN, P.C

Dated: _____

_____
MATTHEW KUMIN
Attorney for Plaintiffs

BISHOP, BARRY, HOWE, HANEY & RYDER

DATED _____

_____
MICHAEL BOLECHOWSKI
Attorneys for Defendant, FRANK MORROW

JOHN RUSSO, CITY ATTORNEY
RANDOLPH HALL, ASST. CITY ATTORNEY
WILLIAM SIMMONS, SUPERVISING ATTY.
STEPHEN ROWELL, DEPUTY CITY ATTY.

DATED 4/10/07

_____
STEPHEN ROWELL
Attorneys for defendant, CITY OF OAKLAND

ORDER

The parties having stipulated, the court grants plaintiffs leave to file their first amended complaint, a copy of which is attached to this Stipulation and Order.

_____
Martin J. Jenkins
United States District Court Judge

2

Stipulation and Order
COOK v. CITY OF OAKLAND ET AL.
C 06 4377 MJJ