**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELISSA COOK,

     Plaintiff,

v.

FRANK MORROW,

     Defendant.
     _____/

No. C-06-04337 MJJ (EDL)

**ORDER EXTENDING BRIEFING SCHEDULE**

On April 19, 2007, the Court issued a briefing schedule for Plaintiff's Motion to Quash, setting a filing deadline of April 27, 2007 for the opposition and May 3, 2007 for the reply. No papers were filed. A new briefing schedule follows:

Defendant's opposition shall be filed no later than May 7, 2007.

Plaintiff's reply shall be filed no later than May 9, 2007.

The hearing remains scheduled for May 15, 2007.

**IT IS SO ORDERED.**

Dated: May 3, 2007

                                            _____
                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge