UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA COOK, individually and as guardian for SHAMON COOK, a minor and KYA COOK, a minor; and GERALD COOK<br><br>Plaintiffs,<br><br>v.<br><br>FRANK MORROW, individually and in his capacity as a police officer; WAYNE TUCKER, Chief, Oakland Police Department CITY of OAKLAND; and DOES 1-30,<br><br>Defendants. | No. C 06 4337 MJJ<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO QUASH THIRD PARTY SUBPOENAS** |

Plaintiffs' motion came on regular hearing before this Court on May 15, 2007.

After considering the motion and all supporting and opposing documents, and the Court having heard oral arguments of counsel, and otherwise being duly advised on all matters presented on this cause,

IT IS HEREBY ORDERED that the motion is GRANTED IN PART, and DENIED IN PART. Hayward High School, Liberty Adult Education Center, and San Diego Job Corps. Center are hereby ordered to produce the following records to Plaintiff's counsel:

1. Any and all documentation of violence against school authority figures or police officers.

2. Any and all medical reports pertaining to Gerald Cook's emotional or mental condition.

3. School records of criminal convictions, where the crime is one implicating truthfulness.

ORDER GRANITNG IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO QUASH DEFENDANT'S THIRD PARTY SUBPOENA FOR EDUCATIONAL RECORDS
COOK v. MORROW ET AL.   C06-04337

1

4. Documents related to the suspension or expulsion of Gerald Cook due to violence towards school authority figures or the police.

Upon confirmation that the records contain only that information which is described above, Plaintiff shall immediately produce said documents to Defendants. These documents will be subject to the same protective order as that stipulated by the parties for the Oakland Internal Affairs files.  (e-filed by parties on April 21, 2007).

Dated: May 17, 2007           Signed: 
                                      Magistrate Judge

ORDER GRANITNG IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO QUASH
DEFENDANT'S THIRD PARTY SUBPOENA FOR EDUCATIONAL RECORDS
COOK v. MORROW ET AL.   C06-04337

2