```
 1  JOHN A. RUSSO, City Attorney - State Bar #129729
    RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
 2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
    STEPHEN Q. ROWELL, Deputy City Attorney - State Bar #098228
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone:  (510) 238-3865         Fax:  (510) 238-6500:
    X02896/423332
 5
    Attorneys for Defendants
 6  CITY OF OAKLAND and
    WAYNE TUCKER
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA COOK, individually and as guardian for SHAMON COOK, a minor and KYA COOK, a minor; and GERALD COOK,<br><br>Plaintiffs,<br><br>vs.<br><br>FRANK MORROW, individually and in his capacity as a police officer; WAYNE TUCKER, Chief, Oakland Police Department, CITY OF OAKLAND; and DOES 1-30,<br><br>Defendants. | Case No.   C 06-4337 MJJ<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the CITY OF OAKLAND and WAYNE TUCKER be and hereby are dismissed with prejudice pursuant to FRCP 41(a) (1).  Each party to bear its own fees and costs as they pertain to these defendants.

///

```
                          LAW OFFICES OF MATTHEW KUMIN


Dated: 11-7-07         By: /s/
                          Attorneys for Plaintiffs


Dated:                    JOHN A. RUSSO, City Attorney
                          RANDOLPH W. HALL, Assistant City Attorney
                          WILLIAM E. SIMMONS, Supervising Trial Attorney
                          STEPHEN Q. ROWELL, Deputy City Attorney


                          By: _____
                             Attorneys for CITY OF OAKLAND and WAYNE TUCKER


Dated: 11/8/07            WILSON, ELSER MOSKOWITZ, EDELMAN & DICKER, LLP

                          By: /s/
                             Attorneys for FRANK MORROW
```

IT IS SO ORDERED.

Dated: 11/13/7

/s/ Martin J. Jenkins
HON. Judge Martin J. Jenkins

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES OF MATTHEW KUMIN |
| 3 | |
| 4 Dated: | By: _____ |
| | Attorneys for Plaintiffs |
| 5 | |
| 6 Dated: | JOHN A. RUSSO, City Attorney |
| 7 | RANDOLPH W. HALL, Assistant City Attorney |
| | WILLIAM E. SIMMONS, Supervising Trial Attorney |
| 8 | STEPHEN Q. ROWELL, Deputy City Attorney |
| 9 | |
| 10 | By: _____ |
| 11 | Attorneys for CITY OF OAKLAND and WAYNE TUCKER |
| 12 | |
| 13 Dated: 11/7/07 | WILSON, ELSER MOSKOWITZ, EDELMAN & DICKER, LLP |
| 14 | |
| 15 | By: /s/ Eric S. Wu |
| 16 | Attorneys for FRANK MORROW |
| 17 IT IS SO ORDERED. | |
| 18 | |
| 19 Dated: | |
| 20 | HON. MARTIN J. JENKINS |
| | Judge, United States District Court |