1 | LAW OFFICES OF MATTHEW KUMIN
MATTHEW KUMIN, CSB # 177561
2 | AMANDA BRUSS, CSB #246249
870 Market Street, Suite 1128
3 | San Francisco, CA 94102
Tel: (415) 434-8454
4 | Fax: (415) 434-8453

5

Attorneys for Plaintiffs
6 | MELISSA COOK, SHAMON
COOK, KYA COOK, and
7 | GERALD COOK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA COOK, individually and as guardian for SHAMON COOK, a minor and KYA COOK, a minor; and GERALD COOK<br><br>Plaintiffs,<br><br>v.<br><br>FRANK MORROW, individually and in his capacity as a police officer; WAYNE TUCKER, Chief, Oakland Police Department CITY of OAKLAND; and DOES 1-30,<br><br>Defendants. | C06-4337 MJJ<br>No. ~~C 06-4377 MJJ~~<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DESIGNATION OF EXPERTS** |

The parties to this action hereby stipulate to extend the deadline for Designation of Experts from December 14, 2007 to December 21, 2007.

1

Stipulation and Order
COOK v. CITY OF OAKLAND ET AL.
C 06 4377 MJJ

THE LAW OFFICES OF MATTHEW KUMIN, P.C.

11/19/07
DATED

AMANDA BRUSS
Attorneys for Plaintiffs

THE LAW OFFICES OF WILSON, ELSER,
MOSKOWITZ, EDELMAN & DICKER

11/16/07
DATED

ERIC WONG
Attorneys for Defendant, FRANK MORROW

ORDER

The parties having stipulated, the court orders that the Designation of Experts will be due on December 21, 2007.

Martin J. Jenkins
United States District Court Judge

Judge Martin J. Jenkins
11/29/07

2

Stipulation and Order
COOK v. CITY OF OAKLAND ET AL.
C 06 4377 MJJ