LAW OFFICES OF MATTHEW KUMIN
MATTHEW KUMIN, CSB # 177561
AMANDA BRUSS, CSB 246249
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel: (415) 434-8454
Fax: (415) 434-8453

Attorneys for Plaintiffs
MELISSA COOK, GERALD COOK, ,and
MELISSA COOK as GAL for KYA COOK, and
SHAMON COOK

**FILED**

FEB 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA COOK, individually and as guardian for SHAMON COOK, a minor and KYA COOK, a minor; and GERALD COOK<br><br>Plaintiffs,<br><br>v.<br><br>FRANK MORROW, individually and in his capacity as a police officer; WAYNE TUCKER, Chief, Oakland Police Department CITY of OAKLAND; and DOES 1-30,<br><br>Defendants. | No. C06-04337<br><br>[~~PROPOSED~~] ORDER AFTER HEARING<br><br>Date: February 26, 2008<br>Time: 9:30 a.m.<br>Ctrm.: 11, The Hon. Martin J. Jenkins |

[~~PROPOSED~~] ORDER

This matter came on regularly for hearing ~~on February 26, 2008.~~

Having read the minor's compromise and heard from counsel for the minor, this Court hereby ORDERS that the minor's compromise be approved as requested.

Melissa Cook, guardian ad litem for the minors, shall place the funds in a blocked account and file proof of the deposit with this Court.

C-06-4337 MJJ
[PROPOSED] ORDER AFTER HEARING

1 | IT IS SO ORDERED.
2 |
3 | DATED:                          _____
4 |                                 Judge, San ~~Francisco Superior~~ Court
                                          United States District
5 |
...

27 | C-06-4337 MJJ
   | [PROPOSED] ORDER AFTER HEARING